WILLIAM M. KUNTZ  # 153052
Attorney at Law
1860 Chicago Avenue, Suite G-11
Riverside, CA 92507
(951) 788-4536
Fax (951) 788-4518
E-Mail: KuntzSSlaw@sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRENE C. ANDRUS, | CASE NO.: **1:06-CV-0440 LJO** |
| Plaintiff, | ORDER TO EXTEND BRIEFING SCHEDULE |
| v. | |
| JO ANNE B. BARNHART Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the concurrently filed Stipulation, the parties' request for an extension of time is granted.  Plaintiff's Brief in Support of Complaint is now due on or before December 1, 2006, and all further dates are extended accordingly.

IT IS SO ORDERED.

**Dated:   November 1, 2006**           /s/ **Lawrence J. O'Neill**
66h44d                                              UNITED STATES MAGISTRATE JUDGE

1